# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| CORTEZ L. FRANKLIN, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | Case No. CIV-12-0865-F |
| ROBERT PATTON, | ) |  |
| Respondent. | ) |  |

## ORDER

Petitioner, a state prisoner appearing *pro se*, seeks habeas relief in this action under 28 U.S.C. § 2254. Magistrate Judge Charles B. Goodwin entered a detailed Report and Recommendation (the Report, doc. no. 23), recommending that the petition be denied.

The Report advised the parties of their right to file an objection to the recommendations contained in the Report by December 16, 2014. The Report further advised that failure to timely object waives the right to appellate review of both factual and legal issues contained in the Report. No objection has been filed, and no request for an extension of time within which to object has been filed.

With no objection having been filed, after review, and having concluded that no purpose would be served by any further analysis here, the court **ACCEPTS**, **ADOPTS**, and **AFFIRMS** the Report and Recommendation of the

magistrate judge. The writ is **DENIED**. A certificate of appealability is **DENIED**.

Dated this 8th day of January, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0865p003.wpd